# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-0212(1) (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL FIORITO, a/k/a Michael Fiori, a/k/a Michael Fiore, a/k/a Michael Fiorto, | |
| Defendant. | |

David J. MacLaughlin, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Michael Fiorito, pro se; Douglas B. Altman, ALTMAN & IZEK, standby counsel for defendant.

On April 13, 2010, the Court issued an order with respect to defendant Michael Fiorito's sentence. Docket No. 418. The Court later identified a typographical error in the order. The Court will enter a corrected sentencing order later today.

Accordingly, IT IS HEREBY ORDERED THAT the Court's April 13, 2010 order with respect to sentencing [Docket No. 418] is VACATED.

Dated: April 14, 2010
        s/Patrick J. Schiltz
        Patrick J. Schiltz
        United States District Judge