UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-0212(1) (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL FIORITO, | |
| Defendant. | |

The Court recently denied defendant Michael Fiorito's motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 671.  The Court thereafter granted Fiorito's request, through counsel, for an extension of time in which to appeal, ECF No. 673, and denied Fiorito's pro se request for substitute counsel on appeal, ECF No. 676.

This matter is before the Court on correspondence from Fiorito regarding the difficulties he is facing in filing a notice of appeal.  As the extended time for him to file such a notice is about to expire, and as the Court does not have authority to extend the time any further, the Court orders that his letter [ECF No. 677] be docketed as a pro se notice of appeal from the Court's orders denying his motions for compassionate release and denying his motion for substitute counsel.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Clerk of Court is directed to docket defendant's August 23, 2020 letter [ECF No. 677] as a notice of appeal from the Court's order denying defendant's motions for compassionate release [ECF No. 671] and the Court's order denying defendant's motion for substitute counsel [ECF No. 676].

| | |
|---|---|
| Dated: September 1, 2020 | s/Patrick J. Schiltz<br>Patrick J. Schiltz<br>United States District Judge |